IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES T. BUECHLER | * | |
| *Plaintiff* | * | |
| vs. | * | Civil Action No. 1:08-cv-01253-WDQ |
| PARKWAY CORPORATION, et al. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by his undersigned counsel, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A) voluntarily dismisses this action. No opposing party has yet to file an Answer or Motion for Summary Judgment as of the date of the filing of this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ E. David Hoskins*
E. David Hoskins, Esq., #06705
THE LAW OFFICES OF E. DAVID HOSKINS, LLC
711 W. 40th St., Ste. 425
Baltimore, Maryland 21211
(410) 662-6500
*Counsel for Plaintiff, James T. Buechler*